# United States Court of Appeals for the Federal Circuit

---

August 21, 2017

**ERRATA**

---

Appeal No. 2016-1474

**IPCOM GMBH & CO.,**
*Appellant*

**v.**

**HTC CORPORATION,**
*Appellee*

Decided: July 7, 2017

---

Please make the following changes:

One page 2, lines 16–17, change "IPCom amended claims 1, 5–26, and 28–37, [1] but the Board found that these amended claims were obvious" to "IPCom amended claims 5, 12, 16, 18, 23, 25, 30, and 34.  Those amendments effectively amended the scope of claims 5–18, 23, 25–26, and 28–37. [2]  In its second review, the Board found that all the pending claims were obvious"

---

[1]  IPCom cancelled claim 27.  J.A. 3.
[2]  IPCom cancelled claim 27.  J.A. 3.

On page 24, lines 19–20, change "amended these claims, and HTC responded that the amended claims were unpatentable" to "amended several of the claims, and HTC responded that all the claims were unpatentable."